IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**LAUREN BUXTON**  **PLAINTIFF**
*on behalf of herself and*
*all others similarly situated*

**v.**   CIVIL ACTION NO. 2:23-cv-148-TBM-RPM

**FULL SAIL, LLC**   **DEFENDANT**
*doing business as*
*Full Sail University*

## ORDER

Before the Court is the Motion to Change Venue [9] filed by Full Sail, LLC. At the hearing conducted in this matter on April 22, 2024, the Court considered the pleadings, the record, the oral arguments of the parties, and the relevant legal authority, and announced on the record its detailed findings and conclusions. The Court concluded that the Defendant's Motion to Change Venue is GRANTED.

IT IS THEREFORE ORDERED AND ADJUDGED that, for the reasons stated on the record at the hearing held on April 22, 2024, Full Sail, LLC's Motion to Change Venue [9] is GRANTED and this civil action is transferred to the United States District Court for the Middle District of Florida, and all documents filed in this civil action shall be received in accordance with the local rules of the United States District Court for the Middle District of Florida.

This the 22nd day of April, 2024.

_____
**TAYLOR B. McNEEL**
**UNITED STATES DISTRICT JUDGE**